159 So.2d 70

**Roscoe HOLIFIELD**

v.

**STATE.**

6 Div. 56.

Supreme Court of Alabama.

Dec. 20, 1963.

deGraffenried, deGraffenried & deGraffenried, Tuscaloosa, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Roscoe Holifield for certiorari to the Court of Appeals to review and revise the judgment and decision in Holifield v. State, Ala.App., 159 So.2d 65. (6 Div. 867).

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

165 So.2d 126

**James IRONS**

v.

**STATE of Alabama.**

8 Div. 169.

Supreme Court of Alabama.

May 28, 1964.

C. Jackson Perkins, Florence, and Howell T. Heflin, Tuscumbia, for petitioner.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of James Irons for certiorari to the Court of Appeals to review and revise the judgment and decision in Irons v. State, 165 So.2d 125.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.